1  Brian S. Healy, State Bar No. 112371
   TIERNEY, WATSON & HEALY
2  A Professional Corporation
   48 Gold St., Fl 1
3  San Francisco, CA 94133
   Telephone: (415) 974-1900
4  Facsimile: (415) 974-6433
   Email: brian@tw2law.com
5
   Attorneys for Creditor
6  Bay Area Employment Development Company

7

8                    UNITED STATES BANKRUPTCY COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10

11 In Re:                        )   Case No. 24-10095
                                 )
12 EDGEMONT FARMS LLC,           )   Chapter 12
                                 )
13        Debtor.                )
                                 )
14 _____ )

15      **REQUEST FOR NOTICE WITH CERTIFICATE OF SERVICE**

16      The Law Firm of Tierney, Watson & Healy represents the interests of Bay Area

17 Employment Development Company in the above referenced bankruptcy case.   Tierney

18 Watson & Healy is a registered CM/ECF user within this judicial district. Said creditor

19 hereby requests that all notices, pleadings, papers, hearings, meetings, and monthly

20 operating reports in this matter be directed electronically to brian@tw2law.com or via mail

21 to this law firm addressed as follows:

22              Bay Area Employment Development Company
                c/o Tierney, Watson & Healy, APC
23              48 Gold St., Fl 1
                San Francisco, CA 94133
24              Attn: Brian S. Healy

25 DATED:  March 5, 2024

26                                 TIERNEY, WATSON & HEALY
                                   A Professional Corporation
27

                                   By  /s/ Brian S. Healy
28                                     Brian S. Healy

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and am over the age of eighteen years.  I am not a party to the within above-entitled action.  I am employed at Tierney, Watson & Healy whose address is 48 Gold St., Fl 1, San Francisco, CA 94133.

On the below mentioned date, I placed for collection and mailing, following ordinary business practices, the within attached document(s) from the law offices of Tierney, Watson & Healy in a sealed envelope with the postage thereon fully prepaid entitled:

**REQUEST FOR NOTICE WITH CERTIFICATE OF SERVICE**

The envelope(s) was addressed as follows:

**DEBTOR**
Edgemont Farms LLC
49 Jewett Road
Petaluma, CA 94952

I certify that the participants listed below in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

| **DEBTOR'S COUNSEL** | **U.S. TRUSTEE** |
|---|---|
| Gina R. Klump, Esq. | Office of the United States Trustee |
| Law Offices of Gina R. Klump | Phillip J. Burton Federal Building |
| 11 5th St., Suite 102 | 450 Golden Gate Ave. 5th Fl., #05-0153 |
| Petaluma, CA 94952 | San Francisco, CA 94102 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 5, 2024, at San Francisco, California.

_____/s/ Brian S. Healy_____